

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2021

No. 04-20-00592-CV

**IN RE Fabiola SANCHEZ ROJAS**

Original Mandamus Proceeding[1]

**ORDER**

On December 9, 2020, Relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 6, 2021.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2021.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CI-24518, styled *Adan Ochoa-Herrera v. Fabiola Sanchez Rojas*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.